United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Joe Sanks<br>5466 Cranston Dr.<br>Columbus, GA 31907-2838 | Chapter 13<br><br>Case No. 10-40035-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $901.30 in unclaimed funds of Capital One Auto Finance, creditor.

Last Known Address (Most recent listed left to right):

Capital One Auto Finance
Po Box 821209
Dallas, TX 75382-1209


Dated: 4/17/2014

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee